**Below is the Order of the Court.**



**Christopher M. Alston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

Form odsm

# UNITED STATES BANKRUPTCY COURT
Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

Case No.: 16–12696–CMA
Chapter: 7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Hari George Kutulas
11622 100th Ave NE #C213
Kirkland, WA 98034

Social Security / Individual Taxpayer ID No.:
xxx–xx–8130

Employer Tax ID / Other nos.:

## ORDER DISMISSING CASE

This matter having come before the Court and based on a review of the records and files herein, it is

ORDERED that this case is dismissed due to:

☒ The debtor's failure to file required schedules.
☒ The debtor's failure to pay the filing fee.
☐ The debtor's failure to attend the meeting of creditors.
☐ The debtor's failure to comply with a show cause order.
☐ The debtor's failure to meet minimum filing requirements.
☐ Other:

Any unpaid fees remain due and owing to the Clerk of the Bankruptcy Court.

///End of Order///